## Law Office Of
## Paul Faison S. Winborne, P.A.

Mail To:
PO Box 1547
Raleigh, NC 27602

Telephone (919) 755-1994
Facsimile (919) 755-1881
Toll Free (877) 290-2602
pfsw@bellsouth.net

**FILED**

NOV - 8 2001

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C.

November 7, 2001

Gerald A. Jeutter, Jr.
Kilpatrick Stockton LLP
PO Box 300004
Raleigh, NC  27622

Dear Jeb:

This letter will give notice of the change of address for the following debtor, William Gordon and Cynthia Gordon, Case # 01-02969-5-ATS.  The new address is 1808 J.J. Pearce, Richardson, TX  75081.  If there any questions please contact my office.

Sincerely,

*Paul Faison S. Winborne*

Paul Faison S Winborne

cc: Clerk of the Bankruptcy Court
    Raleigh Division
    PO Box 3039
    Raleigh, NC  27602