**FILED**

NOV 13 2001

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N.C

IN RE:

HAROLD WILLIAM GORDON
CYNTHIA CAROL WATKINS GORDON

Debtor(s).

CASE NO. 01-02969
Chapter 7

## § 341 MEETING MINUTES

1.    Pursuant to 11 U.S.C. § 341, a meeting of creditors, after notice, was held in the above case on November 9, 2001. The presiding officer made an electronic recording of the meeting of creditors. The recording has been forwarded to the Office of the Bankruptcy Administrator for retention.

2.    During the examination the debtor(s) stated that:

_____ The debtor(s) continue to reside at the address shown in the bankruptcy petition.
___✓___ The debtor's new address is: *1808 JJ PIERCE, Richardson, TEXAS*
___✓___ The joint debtor's new address is: _____✓_____.

## TRUSTEE'S REPORT OF NO DISTRIBUTION

The Trustee of the estate hereinabove shown, reports that he has neither received any property nor paid any money on account of this estate; that he has made diligent inquiry into the whereabouts of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by the debtor(s).

**WHEREFORE**, the undersigned Trustee prays that this report be approved and that he be discharged from office.

DATED: _11-12-01_            SIGNED: _____
                              Gerald A. Jeutter, Jr., Chapter 7 Trustee,
                              Presiding Officer
                              North Carolina State Bar No. #17724
                              P. O. Box 300004
                              Raleigh, NC  27622-0004
                              Telephone: 919-420-1700

cc: Marjorie K. Lynch, Esquire

Address updated

6